No. 843, Misc.   STUDENROTH v. PENNSYLVANIA.   Sup. Ct. Pa.   Certiorari denied.

No. 903, Misc.   DELANEY v. CUPP, WARDEN.   Sup. Ct. Ore.   Certiorari denied.

No. 147, Misc.   POOL v. NELSON, WARDEN, ET AL. C. A. 9th Cir. Certiorari and other relief denied. *Thomas C. Lynch,* Attorney General of California, and *Derald E. Granberg* and *William D. Stein,* Deputy Attorneys General, for respondents.

No. 223, Misc.   MENDEZ v. CALIFORNIA.   C. A. 9th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Thomas C. Lynch,* Attorney General of California, and *Edsel W. Haws* and *Daniel J. Kremer,* Deputy Attorneys General, for respondent.

No. 330, Misc.   COLEMAN v. MAXWELL, WARDEN. C. A. 6th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *William B. Saxbe,* Attorney General of Ohio, and *Leo J. Conway,* Assistant Attorney General, for respondent.

No. 255, Misc.   HILL v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *A. J. Carubbi, Jr.,* Executive Assistant Attorney General, and *Robert C. Flowers* and *Lonny F. Zwiener,* Assistant Attorneys General, for respondent.